IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE YAHOO ACCOUNT **LOVEDOCTOR1984@YAHOO.COM**, THAT IS STORED AT PREMISES CONTROLLED BY YAHOO INC. | Case No. 4:24 MJ 9305 RHH |

### GOVERNMENT'S MOTION FOR ORDER UNSEALING DOCUMENTS

COMES NOW the United States of America, by and through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jillian Anderson, Assistant United States Attorney for said District, and moves the Court for an order directing the Clerk of the District Court, without further notice to the government, to unseal the search warrant(s) along with the application, affidavit, return and other related documents filed in this matter.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*s/Jillian Anderson*
JILLIAN ANDERSON, 53918MO
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE YAHOO ACCOUNT **LOVEDOCTOR1984@YAHOO.COM**, THAT IS STORED AT PREMISES CONTROLLED BY YAHOO INC. | Case No. 4:24 MJ 9305 RHH |

## <u>ORDER TO UNSEAL SEARCH WARRANT DOCUMENTS</u>

This matter comes before the Court pursuant to a motion by the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jillian Anderson, Assistant United States Attorney for said District, requesting the unsealing of the search warrant(s) along with its affidavit, application and return and other related documents.

IT IS ORDERED that the search warrant, along with its affidavit, application and return and other related documents, presently sealed, be unsealed.

_____
HONORABLE RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE

Dated this _____ day of July, 2024.